**FORM TO BE USED BY A PRISONER IN FILING A CIVIL RIGHTS COMPLAINT**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

FILED
HARRISBURG, PA
AUG 07 2026
PER IBa
DEPUTY CLERK

(1) Jason Stover 064630
**(Name of Plaintiff) (Inmate Number)**

Dauphin County Prison
501 Mall Rd Harrisburg PA 17111
**(Address)**

(2) ____________________
**(Name of Plaintiff) (Inmate Number)**

____________________
**(Address)**

**(Each named party must be numbered, and all names must be printed or typed)**

1:26cv2265
**(Case Number)**

**vs.**

**CIVIL COMPLAINT**

(1) Dauphin County Prison
(2) Medico
Dauphin County Prison (M.A.T. Director)
(3) Name Un-Known
**(Names of Defendants)**

**(Each named party must be numbered, and all names must be printed or typed)**

**TO BE FILED UNDER:** X **42 U.S.C. § 1983 - STATE OFFICIALS**
_____ **28 U.S.C. § 1331 - FEDERAL OFFICIALS**

## I. PREVIOUS LAWSUITS

A. If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number including year, as well as the name of the judicial officer to whom it was assigned:

____________________

____________________

____________________

____________________

## II. EXHAUSTION OF ADMINISTRATIVE REMEDIES

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A. Is there a prisoner grievance procedure available at your present institution? ✓ Yes ___ No

B. Have you fully exhausted your available administrative remedies regarding each of your present claims? ___ Yes X No

C. If your answer to "B" is Yes:

1. What steps did you take? ______

2. What was the result? ______

D. If your answer to "B" is No, explain why not: At the time of incident I was placed on Suicide Watch I was not allowed to have ANYTHING in my cell of possesion not even clothing, I asked several times for a greivance form and asked several times if someone would write one for me and was Denied every time

## III. DEFENDANTS

(1) Name of first defendant: Dauphin County prison

Employed as ______ at ______
Mailing address: 501 Mall Rd. Harrisburg PA 17111

(2) Name of second defendant: MedicO
Employed as prison Medical department at Dauphin County prison
Mailing address: 501 Mall Rd. Harrisburg PA 17111

(3) Name of third defendant: M.A.T. Director (Name unknown)
Employed as M.A.T. program Director at Dauphin County Prison
Mailing address: 501 Mall Rd Harrisburg PA 17111

(List any additional defendants, their employment, and addresses on extra sheets if necessary)

## IV. STATEMENT OF CLAIM

(State here as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets if necessary.)

1. In November of 2025 I, (Jason D. Stover) was incarcerated in Dauphin County Prison for about 3 weeks. Before being incarcerated at Dauphin County Prison I was enrolled at Comprehensive Treatment Center for M.A.T. treatment for almost 2 years. I was prescribed a daily dose of methadone....

I was on Suicide Watch and was not allowed

2. anything in my cell. I had no clothing and was freezing cold. I asked several employees for a greivance form, even asked them to write it for me but was Denied or forgot about. I continued To Ask for my methadone every day, 2 weeks went by

3. and I never recieved my dose. After about 18 days I went To court and was released. I was given 6 take home bottles of methadone but unfortuneatly I was dropped from 220 mg to 30 mg I was told not to open them till outside of the Jail I had to Take all 6 bottles to feel better.

## V. RELIEF

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. I would like the court to make sure Dauphin County Prison revises their policies and rules to their M.A.T program, as No one Should ever have to suffer as I did.

2. I would like to be ensured my self and any other person will recieve their M.A.T. Medication in a REASONABLE amount of time.

3. I Am Seeking Monetary compensation for the Horrible amount of pain and suffering I Should Not have endured. It drove me To attempt Suicide and I am lucky To be Alive but believe I deserve compensation.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 3rd. day of August, 2026.

(Signature of Plaintiff) Jason D. Stover

NAME: Jason D. Stover
D.C.P# 064630
501 MALL RD
DAUPHIN COUNTY PRISON
HARRISBURG PA 17111-1299

RECEIVED
HARRISBURG, PA
AUG 07 2026
PER IBA DEPUTY CLERK

HARRISBURG PA 171
4 AUG 2026 PM 2 L

USA FOREVER

Sylvia H. Rambo United States Courthouse
1501 N. 6th St. Suite 101
Harrisburg, Pa 17102

17102-110999