**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JASON STOVER,** | : | **CIVIL ACTION NO. 1:26-CV-2265** |
| | : | |
| **Plaintiff** | : | **(Judge Neary)** |
| | : | |
| **v.** | : | |
| | : | |
| **DAUPHIN COUNTY PRISON, *et al.*,** | : | |
| | : | |
| **Defendants** | : | |

**ORDER**

AND NOW, this 22nd day of September, 2026, upon review of plaintiff's application for leave to proceed *in forma pauperis*, and further upon review of the amended complaint pursuant to 28 U.S.C. § 1915(e)(2) and 28 U.S.C. § 1915A, and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

1. Plaintiff's applications for leave to proceed *in forma pauperis*, (Docs. 4, 6), are GRANTED.

2. Plaintiff shall pay the full filing fee of $350.00 based on the financial information provided in the application to proceed *in forma pauperis*. The full filing fee shall be paid regardless of the outcome of the litigation. Pursuant to 28 U.S.C. 1915(b)(1) and (2), the Superintendent/Warden, or other appropriate official at plaintiff's place of confinement, is directed to deduct an initial partial filing fee of 20% or the greater of:

   a. The average monthly deposits in the inmate's prison account for the past six months, or

   b. The average monthly balance in the inmate's prison account for the past six months.

   The initial partial filing fee shall be forwarded to the Clerk of the United States District Court for the Middle District of Pennsylvania,

P.O. Box 1148, 235 N. Washington Avenue, Scranton, Pennsylvania, 18501-1148, to be credited to the above-captioned docket number. In each succeeding month, when the amount in plaintiff's inmate trust fund account exceeds $10.00, the Superintendent/Warden, or other appropriate official, shall forward payments to the Clerk of Court equaling 20% of the preceding month's income credited to plaintiff's inmate trust fund account until the fees are paid. Each payment shall reference the above-captioned docket number.

3. The Clerk of Court is DIRECTED to send a copy of this order to the Superintendent/Warden of the institution where plaintiff is presently confined.

4. Plaintiff's amended complaint (Doc. 8) is DISMISSED without prejudice.

5. Plaintiff may file a second amended complaint within thirty (30) days of the date of this order to cure the deficiencies identified in the court's memorandum opinion. Any second amended complaint filed pursuant to this order shall be filed to the same docket number as the instant action, shall be titled "Second Amended Complaint," and shall be complete in all respects. It shall be a new pleading that stands by itself as an adequate complaint under the Federal Rules of Civil Procedure.

6. If plaintiff does not file a second amended complaint by the above date, this case will be dismissed with prejudice for the reasons stated in the accompanying memorandum.

/S/ KELI M. NEARY
Keli M. Neary
United States District Judge
Middle District of Pennsylvania